UNITED STATES DISTRICT COURT
District of Maine

| TETRA TECH CONSTRUCTION, INC., | ) |  |
|---|---|---|
| Plaintiff | ) ) ) | No. 1:14-cv-298-GZS |
| v. | ) ) |  |
| SUMMIT NATURAL GAS OF MAINE, INC., | ) ) ) |  |
| Defendant | ) |  |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 28, 2015, his Recommended Decision (ECF No. 22). Plaintiff filed its Objection to the Recommended Decision (ECF No. 28) on February 11, 2015. Defendant filed its Opposition to Plaintiff's Objection to the Recommended Decision (ECF No. 29) on February 25, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Dismiss Counterclaim Count III (ECF No. 14) is **DENIED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 25th day of February, 2015.