UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TETRA TECH CONSTRUCTION, INC., )<br> )<br>    **Plaintiff, Counter-** )<br>    **Claim Defendant,**  )<br>    **And Third-Party**  )<br>    **Plaintiff**      )<br> v.            )<br>             )<br>**SUMMIT NATURAL GAS OF** )<br>**MAINE, INC.,**        )<br>             )<br>    **Defendant and**   )<br>    **Counterclaim**    )<br>    **Plaintiff,**      )<br> v.            )<br>             )<br>**JM CABLE CORP. AND FIBER** )<br>**NET, INC.,**          )<br>    **Third-party**    )<br>    **Defendants.**    )  | No. 1:14-cv-00298-GZS |

**ORDER AFFIRMING THE**
**<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

  No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 78) filed July 13, 2016, the Recommended Decision is **<u>AFFIRMED</u>**.

  Accordingly, it is **<u>ORDERED</u>** that:

  The Plaintiff has agreed to dismiss voluntarily its fraud claim. In addition, the economic loss doctrine bars Plaintiff's claim for negligent misrepresentation; therefore, it is hereby **<u>ORDERED</u>** that Defendant and Counterclaim-Plaintiff's Motion to Dismiss (ECF No. 63) is hereby **<u>GRANTED</u>**.

                         /s/ George Z. Singal
                        United States District Judge

Dated this 3rd day of August, 2016